## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KEVIN T. HARRISON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-47-SEP |
| | ) | |
| MICHAEL C. HAKALA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS', DR. MICHAEL HAKALA AND JACQUELYN MEREDITH, LPN, MOTION TO STRIKE PLAINTIFF'S UNAUTHORIZED SUR-REPLY (DOC. 26)**

COME NOW Defendants, Dr. Michael Hakala and Jacqueline Meredith, LPN ("Defendants"), by and through undersigned counsel, and hereby move this Court to strike Plaintiff's unauthorized sur-reply filed in response to Defendants' reply in support of their Motion to Dismiss. (Doc. 26). Defendants show the Court the following:

1. Kevin T. Harrison, Jr. ("Plaintiff"), an incarcerated inmate proceeding *pro se*, initiated this action on April 3, 2023, by filing a civil rights Complaint pursuant to 42 U.S.C. § 1983. (*See* Doc. 1). Plaintiff alleges that Dr. Hakala erroneously told him that lumps on his chest were benign in 2011 and 2013 and that LPN Meredith failed to see him in sick call in 2016 for complaints of knots on his chest. (*See generally Id.*). He contends that a biopsy ordered in November of 2018 revealed a malignant cancer for which he had surgery on January 24, 2019. (*Id.* at 14).

2. On December 22, 2023, Defendants filed a Motion to Dismiss Plaintiff's Complaint as barred by the statute of limitations. (Docs. 19-20). Plaintiff responded to the Motion to Dismiss

on March 5, 2024, and Defendants filed their reply on March 13, 2024. (Docs. 23-24). On April 15, 2024, Plaintiff filed an unauthorized sur-reply without permission from the Court. (Doc. 26).

       3.      Plaintiff's sur-reply was not authorized under the Local Rules and must be stricken from the record.

WHEREFORE, Defendants, Dr. Michael Hakala and Jacqueline Meredith, LPN, request this Court strike Plaintiff's unauthorized sur-reply.

Respectfully submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants Dr. Michael Hakala and Jacqueline Meredith, LPN*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served via first class U.S. Mail, postage prepaid on this 16th day of April 2024 to the following:

Kevin T. Harrison, Jr., #1120324
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101
*Pro se Plaintiff*

                _/s/ Haley Henke_____